In re RODGERS. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the application for the removal from office of John Rodgers, a justice of the peace of the town of Woodbury, Orange county, N. Y. No opinion. Application referred to Mr. N. Deyo Belknap, of Newburgh, N. Y., to hear and to report to the court, with his opinion. Order signed.

ROEHRS, Respondent, v. MANHATTAN REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Julius Roehrs against the Manhattan Refrigerating Company. W. H. Harris, for appellant. E. S. Hatch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROGERS, Respondent, v. FRANKLIN MILLS CO., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Richard J. Rogers against the Franklin Mills Company. G. S. Scofield, for appellant. T. M. Rowlette, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROONEY, Respondent, v. BROGAN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Margaret Rooney, as administratrix, etc., of John Rooney, deceased, against the Brogan Construction Company. No opinion. Judgment and order unanimously affirmed, with costs. See 95 N. Y. Supp. 1; 99 N. Y. Supp. 939.

ROSCOE LUMBER CO., Appellant, v. REYNOLDS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the Roscoe Lumber Company against William H. Reynolds and another. No opinion. Appeal dismissed, without consideration, ·for the reason that the record fails to show that the case was settled by the justice of the Municipal Court before whom it was tried, as required by section 318 of the Municipal Court act (Laws 1902, p. 1581, c. 580).

ROSE et al., Appellants, v. ROSE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Joseph H. Rose and another against John B. Rose, individually and as trustee, etc., of John C. Rose, deceased, and others. No opinion. Judgment affirmed, with costs.

ROSENBERG et al., Respondents, v. FRANKEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Charles Rosenberg and another against Rosa Frankel and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

ROSENTHAL v. EMPIRE BRICK CO. FISH v. HAHN. MORRIS v. BOARD OF EDUCATION. BEILIN v. WEIN. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Actions by Joseph Rosenthal against the Empire Brick Company, by John J. Fish against Henrietta Hahn, by George Morris against the board of education, and by Joseph Beilin against Rosie Wein. No opinions. Applications granted. Order signed.

In re ROSSELL. (Supreme Court, Appellate Division, Third Department. November 20, 1907.) In the matter of the judicial settlement of the accounts of Sarah J. Rossell, as one of the executors of Elizabeth Gamble, deceased, by Isaac S. Rossell and another, as executors of said Sarah J. Rossell, deceased. No opinion. Reargument ordered, and matter referred to Timothy L. Bush, referee, to take further evidence as to the payment of the $2,000 legacy to Mrs. Rossell, and to report such evidence to this court.

ROSSENBACH, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Thereso Rossenbach against the Supreme Court of the Independent Order of Foresters. No opinion. Judgment and order affirmed, with costs.

ROWE et al. v. HOROWITZ. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Margaret Rowe and another against Charlotte Horowitz. No opinion. Motion granted, with $10 costs. Order filed.

In re RUPP et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of Louis P. Rupp and others.
PER CURIAM. Order (106 N. Y. Supp. 483) affirmed, with $10 costs and disbursements. Order filed.
INGRAHAM and CLARKE, JJ., dissent.

RUSSELL, Appellant, v. WALWORTH, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Edgar A. Russell against George S. Walworth. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

RUTHENBERG, Respondent, v. COLLINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by August W. L. Ruthenberg against Newton M. Collins and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

RUYL, Respondent, v. KAHLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by James P. Ruyl against William T. H. Kahler. No opinion. Judgment of the Municipal Court affirmed, with costs.

RYAN, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Ac-